United States Bankruptcy Court
Central District of California

In re:  
Yelena Mansuryan  
      Debtor

Case No. 14-30205-WB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: twilliams     Page 1 of 1     Date Rcvd: Nov 14, 2014  
                    Form ID: odspa       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2014.

```
db            Yelena Mansuryan,    1324 Glenwood Rd,    Glendale, CA  91201
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
35757789      Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA  30374-0256
35757790      Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX  75013-9558
35757793     +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
               Chicago, IL  60661-3631
35757794      Transunion Consumer Relations,    PO Box 2000,    Chester, PA  19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           EDI: EDD.COM Nov 15 2014 02:38:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Nov 15 2014 02:33:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
35757791      EDI: CALTAX.COM Nov 15 2014 02:33:00      Franchise Tax Board,    Personal Bankruptcy MS A340,
               PO Box 2952,    Sacramento, CA  95812-2952
35757792      EDI: IRS.COM Nov 15 2014 02:38:00      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
                                                                                             TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2014                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2014 at the address(es) listed below:

```
              Nancy K Curry (TR)    ecfnc@trustee13.com
              Tyson Takeuchi    on behalf of Debtor Yelena  Mansuryan tyson@tysonfirm.com, albert@tysonfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

Form odspa−odspab VAN−21
Rev. 06/2014

## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**  
Yelena Mansuryan

**BANKRUPTCY NO.**  2:14−bk−30205−WB

**CHAPTER**  13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**   xxx−xx−0157  
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A  
**Debtor Dismissal Date:** 11/14/14

**Address:**  
1324 Glenwood Rd  
Glendale, CA 91201

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is vacated.

3) The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: November 14, 2014

By the Court,  
**Kathleen J. Campbell**  
Clerk of Court

(Form odspa−odspab VAN−21) Rev. 06/2014

**14 / TCG**